UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01684-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>(Doc. 2)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY KINGS COUNTY JAIL** |

　　　Plaintiff, an inmate at Kings County Jail proceeding *pro se*, requests leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915(a). Therefore, his request to proceed *in forma pauperis* will be granted.

　　　Accordingly, the Court ORDERS:

　　　1. Plaintiff's motion to proceed *in forma pauperis* is GRANTED;

　　　**2. The Sheriff of Kings County or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the**

**name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff of Kings County.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the U.S. District Court, Eastern District of California, Sacramento Division.

5. Within 60 days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if he has not already done so.

IT IS SO ORDERED.

Dated:   **December 9, 2020**                      /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE