1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOISES CHAVEZ,                               No. 1:20-cv-01684-JLT-SKO (PC)

12                    Plaintiff,
                                                  ORDER ADOPTING FINDINGS AND
13          v.                                    RECOMMENDATIONS AND DISMISSING
                                                  ACTION
14   A. GOMEZ, et al.,
                                                  (Doc. No. 8)
15                    Defendants.

16

17         Plaintiff Moises Chavez is a county jail inmate proceeding *pro se* and *in forma pauperis* in

18   this civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United

19   States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On September 7, 2021, the assigned magistrate issued a screening order directing Plaintiff

21   to file a first amended complaint.  (Doc. No. 6.)  On September 15, 2021, the U.S. Postal Service

22   returned the order as undeliverable to Plaintiff.

23         Pursuant to Local Rule 183(b), if mail directed to a *pro se* plaintiff "is returned by the

24   U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within

25   sixty-three (63) days thereafter of a current address, the Court may dismiss the action without

26   prejudice for failure to prosecute."  Although more than 63 days have passed since the U.S. Postal

27   Service returned the magistrate judge's order, Plaintiff has failed to notify the Court of his current

28   address.

1         Accordingly, on November 24, 2021, the assigned magistrate judge issued findings and

2    recommendations, recommending that this action be dismissed without prejudice for Plaintiff's

3    failure to prosecute.  (Doc. No. 8.)  The findings and recommendations were served on Plaintiff

4    and provided him 14 days to file objections thereto.  (*Id.* at 2.)  Plaintiff has not filed any

5    objections, and the time do so has passed.[1]

6         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

7    *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the

8    findings and recommendations to be supported by the record and proper analysis. Accordingly,

9    the Court ORDERS:

10       1.    The findings and recommendations issued on November 24, 2021 (Doc. No. 8) are

11           ADOPTED in full;

12       2.    This action is DISMISSED without prejudice for Plaintiff's failure to prosecute;

13           and,

14       3.    The Clerk of the Court is DIRECTED to close this case.

15

16   IT IS SO ORDERED.

17     Dated:   **January 20, 2022**                    _Jennifer L. Thurston_

18                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

---

[1] The U.S. Postal Service returned the findings and recommendations as undeliverable to Plaintiff on December 2, 2021.  Pursuant to Local Rule 182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective."